UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STANLEY FULLER,

                        Plaintiff,

      -against-

ROAR MONEY FORMERLY MONEY LION,

                        Defendant.

22-CV-5284(LTS)

CIVIL JUDGMENT

    For the reasons stated in the October 24, 2022, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  October 24, 2022
          New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge